| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Krystal Marie Pace** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8187** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** | | Date case filed for chapter  13   **10/6/15** |
| Case number:   **15–29428   RKM** | | |

Official Form 309I (12/15)

## Notice of Chapter 13 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Krystal Marie Pace | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 281 West 5600 South <br> Washington Terrace, UT 84405 | |
| 4. | **Debtor's attorney** <br> Name and address | Jeremy B. Atwood <br> Jeremy Atwood Law, LLC <br> 1201 North Hillfield Rd. <br> #2701 <br> Layton, UT 84041 | Contact phone (801) 682–5234 <br><br> Email: jeremy@jeremyatwoodlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Lon Jenkins tr <br> 405 South Main Street <br> Suite 600 <br> Salt Lake City, UT 84111 | Contact phone (801) 596–2884 <br><br> Email: utahtrusteemail@ch13ut.org |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court <br> District of Utah <br> 350 South Main #301 <br> Salt Lake City, UT 84101 <br><br> Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday <br><br> Contact phone: (801) 524–6687 <br><br> Website: www.utb.uscourts.gov |

Date Generated: 12/29/15                                                **For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**January 28, 2016** at **01:00 PM**<br><br>Location:<br>**Federal Building, 324 25th Street, Room 6026, Ogden, UT 84401** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline:**<br>**3/28/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline:**<br>**2/17/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:**<br>**4/4/16** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan and confirmation hearing on docket** | The debtor has filed a plan.<br>The hearing on confirmation will be held on: **3/24/16** at **11:00 AM**<br>Location: **U. S. Bankruptcy Court, Rm 369, 350 South Main, Salt Lake City, UT 84101** | |
| **Objections to Confirmation** | Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
District of Utah

In re:  
Krystal Marie Pace  
    Debtor

Case No. 15-29428-RKM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1088-2    User: jtt    Page 1 of 2    Date Rcvd: Dec 29, 2015  
                       Form ID: 309I    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2015.

```
db              +Krystal Marie Pace,    281 West 5600 South,    Washington Terrace, UT 84405-6867
aty              Gale K. x3Francis,    Office of the Attorney General,    160 East 300 South,    Fifth Floor,
                   P.O. Box 140874,    Salt Lake City, UT 84114-0874
10002785        +All West Communication,    50 W 100 N,    Kamas, UT 84036-9738
10002787        +Bonn Coll,    Po Box 150621,    Ogden, UT 84415-0621
10002788        +Bonneville Collections,    6026 Fashion Point Dr,    South Ogden, UT 84403-4851
10002790        +Chapmanfinsr,    Po Box 14693,    Spokane, WA 99214-0693
10002791         Cortney Pace,    264 North Hoytsville Rd,    Coalville, UT 84017
10002794        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
10037865         Intermountain Healthcare,    PO Box 27808,    Salt Lake City, Utah 84127-0808
10002797        +Medical Data Systems I,    1374 S Babcock St,    Melbourne, FL 32901-3009
10002798        +Morgan Jewelers,    545 E 300 S,    Salt Lake City, UT 84102-4001
10002801        +Mt Ogden Surgical Center,    Utah Billing & Recovery,    PO Box 837,    Ogden, UT 84402-0837
10002800        +N.A.R. Inc.,    PO BOX 271014,    SALT LAKE CITY, UT 84127-1014
10052322         Questar Gas Company,    Bankruptcy DNR 244,    1140 West 200 South,    PO Box 3194,
                   Salt Lake City, UT 84110-3194
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              E-mail/Text: jeremy@jeremyatwoodlaw.com Dec 30 2015 00:04:01      Jeremy B. Atwood,
                   Jeremy Atwood Law, LLC,    1201 North Hillfield Rd.,    #2701,    Layton, UT 84041
tr              +E-mail/Text: bnc@ch13ut.org Dec 30 2015 00:04:39      Lon Jenkins tr,    405 South Main Street,
                   Suite 600,    Salt Lake City, UT 84111-3408
10025070         EDI: PHINAMERI.COM Dec 29 2015 23:58:00      Americredit Financial Services, Inc.,
                   dba GM Financial,    PO Box 183853,    Arlington, Texas 76096
10002789        +E-mail/Text: bankruptcynotices@cbecompanies.com Dec 30 2015 00:04:30      Cbe Group,
                   1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
10002792        +E-mail/Text: bankruptcy@expressrecovery.com Dec 30 2015 00:04:16      Express Rcvy,
                   Po Box 26415,    Salt Lake City, UT 84126-0415
10002793        +E-mail/Text: bankruptcy@expressrecovery.com Dec 30 2015 00:04:16      Express Recovery Svcs,
                   2790 S Decker Lake Dr,    Salt Lake City, UT 84119-2057
10002795        +EDI: PHINAMERI.COM Dec 29 2015 23:58:00      Gm Financial,    Po Box 181145,
                   Arlington, TX 76096-1145
10002796         EDI: IRS.COM Dec 29 2015 23:58:00      Internal Revenue Service,    PO Box 7346,
                   Philadelphia, PA 19101-7346
10002799        +E-mail/Text: wendy@mountainlandcollections.com Dec 30 2015 00:04:37      Mountainland Collectio,
                   Po Box 1280,    American Fork, UT 84003-6280
10004629         EDI: RECOVERYCORP.COM Dec 29 2015 23:58:00      Tosh, Inc. dba Check City,
                   Care of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
10002802        +EDI: UTAHTAXCOMM.COM Dec 29 2015 23:58:00      UTAH STATE TAX COMMISSION,    ATTN BANKRUPTCY UNIT,
                   210 NORTH 1950 WEST,    Salt Lake City, UT 84134-9000
10049150        +E-mail/Text: collections@healthcare.utah.edu Dec 30 2015 00:04:38      University Health Care,
                   127 S 500 E, Suite 420,    SLC, UT 84102-1979
                                                                                               TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10002786         Apg Fin,    3803 S. Redwood Rd,     RETURNED MAIL--99999
cr*              Utah State Tax Commission,    Attn Bankruptcy Unit,    210 North 1950 West,
                   Salt Lake City, UT 84134-9000
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 1088-2          User: jtt               Page 2 of 2            Date Rcvd: Dec 29, 2015
                              Form ID: 309I           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2015 at the address(es) listed below:
              Gale K. x3Francis    on behalf of Creditor    Utah State Tax Commission txbk13@utah.gov
              Jeremy B. Atwood     on behalf of Debtor Krystal Marie Pace jeremy@jeremyatwoodlaw.com,
               atwoodlawbk@gmail.com
              Lon  Jenkins tr    ecfmail@ch13ut.org,   lneebling@ch13ut.org
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4