**This order is SIGNED.**

 

**Dated: January 12, 2016**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
Ryan C. Cadwallader (13661)
Brian J. Porter  (14291)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Fax: (801) 596-2898
Facsimile: (801) 596-2898

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>KRYSTAL MARIE PACE<br><br><br>Debtor | CASE NO: 15-29428<br><br>Chapter 13<br><br>Hon. R. KIMBALL MOSIER |

### ORDER OF DISMISSAL PURSUANT TO TRUSTEE'S DECLARATION
### OF NON-COMPLIANCE WITH ORDER CONTINUING CONFIRMATION HEARING

Based upon the Trustee's Declaration of Non-Compliance and it appearing that the Debtor has failed to comply with a previous Order of this Court, which Order contained an automatic default provision, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED THAT

1.  The Debtor's case is hereby dismissed without prejudice.

2.   The Court did <u>not</u> award debtors' counsel any attorney's fees under 11 U.S.C. § 503(b).

3.   Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) an allowed expense fee to the Trustee; (2) adequate protection payments stipulated to by the parties or ordered by the Court; (3) with the balance of such funds to be returned to the debtor(s) pursuant to 11 U.S.C. § 1326(a)(2) by a check made payable to the debtor(s) and mailed to the debtor(s)' most current address on file with the Bankruptcy Court.

END OF DOCUMENT

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that true and correct copy of the foregoing Order of Dismissal was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on January 11, 2016:

**KRYSTAL MARIE PACE**, 281 WEST 5600 SOUTH ,WASHINGTON TERRACE, UT  84405

**JEREMY B. ATWOOD**,  ECF Notification